JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EYON NEAL CHRISTMAS, on behalf of himself and all other similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation; UNION PACIFIC CORPORATION, a Utah corporation; GEORGE R. DAVIS, an individual; ZACHARY J. PITTMAN, an individual, JOHN E. YETTAW, an individual; KENNETH R. FAIR, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:15-cv-02612 AB (PLAx)<br><br>**JUDGMENT** |

Defendant Union Pacific Railroad Company ("Defendant") has moved for judgment on the pleadings in the above-captioned matter pursuant to Federal Rule of Civil Procedure 12(c), seeking to dismiss with prejudice the First Amended Complaint of Plaintiff Eyon Neal Christmas.[1] The arguments and evidence presented having been fully considered, the issues having been heard and a decision having been rendered on November 19, 2015, granting Defendant's motion [*see* Docket Entry No. 50],

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT judgment on the merits is hereby entered in favor of Defendant on all counts, that Plaintiff Eyon Neal Christmas shall take nothing by this action, and that Plaintiff's First Amended Complaint shall be and hereby is dismissed with prejudice for the reasons set forth in this Court's November 19, 2015, Order Granting Defendant's Motion for Judgment on the Pleadings and Denying Plaintiff's Motion to Strike [Docket Entry No. 50].

Dated:   November 24, 2015

_____
The Honorable André Birotte Jr.
United States District Judge

---

[1] All other named defendants in this action were previously dismissed for the reasons stated in this Court's Order of October 7, 2015 [Docket Entry No. 38].