UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 15-02612-AB (PLAx) | Date: | August 25, 2017 |
|---|---|---|---|

| Title: | Eyon Neal Christmas v. Union Pacific Railroad Company |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order Remanding Case to State Court

This matter comes before the court by mandate of the United States Court of Appeals for the Ninth Circuit. (Dkt. No. 57). On remand, this Court has been instructed to remand this case to the Superior Court of California. Accordingly, the Court hereby **REMANDS** this action to the state court from which it was removed.

**IT IS SO ORDERED.**